# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MARTINEZ, WILLIAM J. | DISTRICT COURT- COLORADO | 09/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET, ROOM A841
DENVER, CO 80294

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Salary from employment with Denver Health |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MARTINEZ, WILLIAM J.** | 09/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. E*Trade Securities | Brokerage margin account | P1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, WILLIAM J. | 09/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental property; Greenwood Village, Colo; (2008) ($740,000) | F | Rent | P1 | W | | | | | |
| 2. | E*Trade Brokerage Account | | | | | | | | | |
| 3. | --- Baozun stock [BZUN] | | None | M | T | | | | | |
| 4. | --- Cloudera stock [CLDR] | | None | L | T | Buy | 01/30/19 | L | | |
| 5. | --- Facebook stock [FB] | | None | P1 | T | | | | | |
| 6. | --- FANG Index ETNS [FNGU] | | None | P1 | T | Buy | 02/15/19 | N | | |
| 7. | | | | | | Buy (add'l) | 05/22/19 | N | | |
| 8. | | | | | | Buy (add'l) | 10/07/19 | N | | |
| 9. | --- Iqiyi stock [IQ] | | None | | | Closed | 04/08/19 | L | C | |
| 10. | --- JD.COM stock [JD] | | None | | | Closed | 10/07/19 | M | C | |
| 11. | --- Micron Technology stock [MU] | | None | | | Closed | 06/03/19 | L | D | |
| 12. | --- NVIDIA stock [NVDA] | B | Dividend | O | T | | | | | |
| 13. | --- OKTA stock [OKTA] | | None | O | T | | | | | |
| 14. | --- TQQQ ETF [TQQQ] | A | Dividend | N | T | | | | | |
| 15. | --- Seagate stock [STX] | E | Dividend | | | Closed | 07/29/19 | N | F | |
| 16. | ---Smart Global Holdings stock [SGH] | | None | | | Closed | 01/28/19 | M | D | |
| 17. | --- Zscaler stock [ZS] | | None | N | T | Buy | 02/14/19 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, WILLIAM J. | 09/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.    E*Trade IRA Account | | | | | | | | | |
| 19.    --- FANG Index ETNS [FNGU] | | None | M | T | Buy | 02/15/19 | N | | |
| 20.    ---Small Cap Bull Shares [TNA] | | None | M | T | Buy | 04/25/19 | M | | |
| 21.    --- QQQ ETF | B | Dividend | | | Closed | 11/01/19 | M | D | |
| 22.    ---TQQQ ETF | A | Dividend | L | T | Buy | 09/25/19 | L | | |
| 23.    Vanguard IRA Account | | | | | | | | | |
| 24.    --- Vanguard Large Cap Growth Index Fund | A | Dividend | K | T | Buy<br>(add'l) | 05/22/19 | J | | |
| 25.    --- Vanguard Mid Cap Growth Index Fund | A | Dividend | L | T | Buy<br>(add'l) | 07/10/19 | J | | |
| 26.    --- Vanguard Small Cap Growth Index Fund | A | Dividend | L | T | Buy<br>(add'l) | 07/10/19 | J | | |
| 27.    ▓▓▓ IRA Account | | | | | | | | | |
| 28.    --- Vanguard Growth Index Fund | A | Dividend | L | T | Buy<br>(add'l) | 01/14/19 | J | | |
| 29.    --- Vanguard Income Index Fund | A | Dividend | L | T | Buy<br>(add'l) | 02/15/19 | J | | |
| 30.    Deferred Comp Plan ▓▓▓ | | | | | | | | | |
| 31.    ---Vanguard Mid Cap Index Fund | B | Dividend | N | T | Buy<br>(add'l) | 03/31/19 | J | | |
| 32. | | | | | Buy<br>(add'l) | 06/30/19 | J | | |
| 33. | | | | | Buy<br>(add'l) | 09/30/19 | J | | |
| 34. | | | | | Buy<br>(add'l) | 12/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, WILLIAM J. | 09/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  ---Vanguard Small Cap Index Fund | B | Dividend | N | T | Buy<br>(add'l) | 03/31/19 | J | | |
| 36. | | | | | Buy<br>(add'l) | 06/30/19 | J | | |
| 37. | | | | | Buy<br>(add'l) | 09/30/19 | J | | |
| 38. | | | | | Buy<br>(add'l) | 12/31/19 | J | | |
| 39.  Wells Fargo Checking Account #1 | A | Interest | J | T | | | | | |
| 40.  Wells Fargo Checking Account #2 | A | Interest | J | T | | | | | |
| 41.  Wells Fargo Checking Account #3 | A | Interest | J | T | | | | | |
| 42.  Wells Fargo Savings Account #1 | A | Interest | J | T | | | | | |
| 43.  Wells Fargo Savings Account #2 | A | Interest | J | T | | | | | |
| 44.  Vanguard Investment Account | | | | | | | | | |
| 45.  --- Vanguard Mid Cap Index Fund | B | Dividend | M | T | Buy<br>(add'l) | 06/10/19 | J | | |
| 46.  --- Vanguard Small Cap Index Fund | B | Dividend | M | T | Buy<br>(add'l) | 03/04/19 | J | | |
| 47.  --- Vanguard International Dividend Index<br>Fund | B | Dividend | L | T | Buy<br>(add'l) | 01/04/19 | J | | |
| 48.  --- Vanguard Large Cap Index Fund | B | Dividend | L | T | Buy<br>(add'l) | 08/09/19 | J | | |
| 49. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MARTINEZ, WILLIAM J.** | 09/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **MARTINEZ, WILLIAM J.** | 09/11/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ WILLIAM J. MARTINEZ**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544